UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIAM LEWIS,<br><br>　　　　　　　　　　　Plaintiff,<br>　v.<br>DR. TED HANF, *et al.*,<br><br>　　　　　　　　　　　Defendants. | Case No. 3:19-cv-00625-GMN-CLB<br><br>ORDER |

## I.　DISCUSSION

In its July 14, 2020 Screening Order, the Court ordered Plaintiff to file his amended complaint within 30 days of the date of that order.  (ECF No. 6 at 11).  The amended complaint therefore is due on August 13, 2020.  The Court also advised Plaintiff that, if he did not file the amended complaint by that deadline, the action would be dismissed for failure to state a claim.  (*Id.*)  Plaintiff has filed a motion for an extension of time of 45 days to file his amended complaint.  (ECF No. 8).  The Court grants the motion.  Plaintiff shall file his amended complaint on or before September 27, 2020. Plaintiff is reminded that he may not amend the complaint to add unrelated claims against other defendants and that an amended complaint does not include new claims based on events that have taken place since the original complaint was filed.

/ / /

/ / /

/ / /

1

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 8) is granted. Plaintiff shall file his amended complaint on or before September 27, 2020.

IT IS FURTHER ORDERED that, if Plaintiff does not file an amended complaint by September 27, 2020, this action will be dismissed for failure to state a claim.

DATED: August 12, 2020.

_____
UNITED STATES MAGISTRATE JUDGE