UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| WILLIAM LEWIS, | Case No. 3:19-cv-00625-GMN-CLB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| DR. TED HANF, *et al.*, | |
| Defendants. | |

**I.    DISCUSSION**

The Court previously ordered Plaintiff to file any amended complaint by September 27, 2020. (ECF No. 9). The Court also advised Plaintiff that, if he did not file the amended complaint by that deadline, the action would be dismissed for failure to state a claim. (*Id.*) On September 25, 2020, Plaintiff filed a motion for an extension of time of 30 days to file his amended complaint. (ECF No. 11). The Court grants the motion. Plaintiff shall file his amended complaint on or before October 27, 2020. Plaintiff is reminded that he may not amend the complaint to add unrelated claims against other defendants and that an amended complaint does not include new claims based on events that have taken place since the original complaint was filed.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No.11) is granted. Plaintiff shall file his amended complaint on or before October 27, 2020.

IT IS FURTHER ORDERED that, if Plaintiff does not file an amended complaint by October 27, 2020, this action will be dismissed for failure to state a claim.

DATED THIS 28th day of September 2020.

_____
UNITED STATES MAGISTRATE JUDGE