UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIAM LEWIS, | Case No. 3:19-cv-00625-GMN-CLB |
| Plaintiff, | ORDER |
| v. | |
| DR. TED HANF, *et al.*, | |
| Defendants. | |

## I.     DISCUSSION

The Court previously screened Plaintiff's complaint in this action, dismissed the complaint, and gave Plaintiff leave to file an amended complaint (ECF No. 6).  Instead of filing an amended *complaint*, Plaintiff now has filed an amended *motion*, claiming that he has had to go more than 90 days without his pain medication, complaining of charges for an x-ray on his shoulder, and seeking mediation and the Court's assistance with the treatment he is receiving by medical staff.  (ECF No. 14).  Plaintiff has not filed a complaint stating a colorable claim regarding his medication or the x-ray or any other issue.  This case cannot proceed, and the Court cannot provide Plaintiff with any of the relief he seeks to obtain in this motion unless and until Plaintiff files an amended *complaint* stating colorable claims concerning the issues he raises in the amended motion.

The Court therefore defers any decision on the amended motion and orders Plaintiff to file an amended *complaint* within 30 days of the date of this order.

1

## II. CONCLUSION

For the foregoing reasons, it is ordered that a decision on the amended motion (ECF No. 14) is deferred.

It is further ordered that Plaintiff shall file an amended complaint within 30 days of the date of this order.

It is further ordered that, if Plaintiff fails to file an amended complaint within 30 days of the date of this order, this action will be dismissed for failure to state a colorable claim.

It is further ordered that the Clerk of the Court shall send to Plaintiff the approved form for filing a § 1983 complaint, instructions for the same, and a copy of the screening order (ECF No. 6). If Plaintiff chooses to file an amended complaint, he should use the approved form and he must write the words "First Amended" above the words "Civil Rights Complaint" in the caption.

DATED THIS 20th day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE