AARON D. FORD
  Attorney General
KAYLA D. DORAME, Bar No. 15533
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1259
E-mail:  kdorame@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM LEWIS, | Case No.  3:19-cv-00625-GMN-CLB |
| Plaintiff, | |
| vs. | **DEFENDANTS' MOTION TO EXTEND THE DEADLINE TO FILE THE STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE (FIRST REQUEST)** |
| DR. TED HANF, et al., | |
| Defendants. | |

    Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Kayla D. Dorame, Deputy Attorney General, move to extend the deadline to file the Stipulation and Order for Dismissal with Prejudice in this matter by 7 days.

    William Lewis is currently in the lawful custody of the Nevada Department of Corrections (NDOC) and is housed at Warm Springs Correctional Center (WSCC).  On March 24, 2021, Lewis and Defendants participated in an Early Mediation Conference where a settlement was reached.  ECF No. 23.  The original deadline to file the Stipulation and Order for Dismissal with Prejudice was scheduled for April 22, 2021.  *Id*.

    Federal Rule of Civil Procedure 6(b)(1) governs enlargements of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before

1

the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defense counsel requests a seven (7) day extension to obtain the necessary signatures from the proper parties. Defense counsel never received the signed settlement agreement or stipulation and order from Lewis, so Defense counsel had to reach out to Lewis' caseworker to obtain those documents signed. Defense counsel only obtained those documents in the afternoon of April 22, 2021 and still needs a signature from their client.

Good cause exists to extend time to file the Stipulation and Order for Dismissal because Defense counsel had to reach out to various individuals to obtain those documents and needs only a short amount time to obtain an additional signature. Defense counsel requests until **April 29, 2021** to file the stipulation and order.

DATED this 22nd day of April, 2021.

AARON D. FORD
Attorney General

By:  /s/ Kayla D. Dorame
KAYLA D. DORAME, Bar No. 15533
Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED.

Dated: April 26, 2021

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 22nd day of April, 2021, I caused to be served a copy of the foregoing, **DEFENDANTS' MOTION TO EXTEND THE DEADLINE TO FILE THE STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE (FIRST REQUEST)**, by depositing for mailing via the U.S. Postal Service, to the following:

William Lewis #1169143
Warm Springs Correctional Center
P.O. Box 7007
Carson City, NV 89701

_____
An employee of the
Office of the Attorney General