```
 1  AARON D. FORD
      Attorney General
 2  KAYLA D. DORAME, Bar No. 15533
      Deputy Attorney General
 3  State of Nevada
    Public Safety Division
 4  100 N. Carson Street
    Carson City, NV 89701-4717
 5  Tel: (775) 684-1259
    E-mail: kdorame@ag.nv.gov
 6
    Attorneys for Defendants
 7
 8
 9              UNITED STATES DISTRICT COURT
10                  DISTRICT OF NEVADA
11  WILLIAM LEWIS,
                                      Case No. 3:19-cv-00625-GMN-CLB
12              Plaintiff,
13  vs.                               STIPULATION AND ORDER FOR
                                      DISMISSAL WITH PREJUDICE
14  DR. TED HANF, et al.,
15              Defendants.
16
17      Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State
18  of Nevada, and Kayla D. Dorame, Deputy Attorney General, hereby stipulate and agree,
19  pursuant to FED. R. CIV. P. 41(a)(1), that the above captioned action should be dismissed
20  in its entirety with prejudice by order of this Court.
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

1

1  This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorney's fees and costs.

\* \* \*

DATED this 22 day of April, 2021.　　　　DATED this 21st day of April, 2021.

　　　　　　　　　　　　　　　　　　　　AARON D. FORD
　　　　　　　　　　　　　　　　　　　　Attorney General

By: /s/ William Lewis　　　　　　　　　By: *Kayla D. Dorame*
WILLIAM LEWIS (#1169143)　　　　　　　KAYLA D. DORAME
*Plaintiff, Pro Se*　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　Public Safety Division

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated this 27 day of April, 2021.

/s/ Gloria M. Navarro

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 27th day of April, 2021, I caused to be served a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, by depositing for mailing via the U.S. Postal Service, to the following:

William Lewis #1169143
Warm Springs Correctional Center
P.O. Box 7007
Carson City, NV 89701

_____
An employee of the
Office of the Attorney General

3